UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
| | |
|---|---|
| Karen Cook, | \* |
| | \* |
| Plaintiff-Respondent | \* |
| | \*  Civil Action No. 1:06-cv-58-JD |
| v. | \* |
| | \* |
| CTC Communications Corp., | \* |
| | \* |
| Defendant-Petitioner | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **PLAINTIFF'S MOTION TO EXCLUDE MICHAEL LOSEY AS EXPERT**

NOW COMES the Plaintiff Karen Cook, by and through her attorneys Upton & Hatfield, LLP, and respectfully submits her Motion to Exclude Michael Losey as Expert.  In support of said Motion, Plaintiff attaches her Memorandum of Law and related exhibits.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court:

A.   Grants this Motion to Exclude Michael Losey as Expert; and

B.   Grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

KAREN COOK
By Her Attorneys
UPTON & HATFIELD, L.L.P.

Date:  August 8, 2007          By /s/ Lauren S. Irwin
                               Lauren S. Irwin, Bar No. 10544
                               Heather M. Burns, Bar No. 8799
                               10 Centre Street., Box 1090
                               Concord, NH  03302-1090
                               Tel.:  603-224-7791
                               Email: lirwin@upton-hatfield.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was filed with the United States District Court for the District of New Hampshire through its Electronic Case Filing System, and served on all parties electronically.

| | |
|---|---|
| Date:  August 8, 2007 | /s/ Lauren S. Irwin_____ |
| | Lauren S. Irwin |