```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Karen Cook

    v.                              Civil No. 06-cv-58-JD

CTC Communications Corp.


                        PROCEDURAL ORDER

    Assuming that no criminal cases are proceeding to trial on Tuesday, November 13, the trial of this case will begin on that date.  Evidence will begin following jury selection.  In the event the trial is not completed by Monday, November 19, the trial will be suspended and will resume on Monday, November 26.

    SO ORDERED.

                                                                          Joseph A. DiClerico, Jr.
                                                                         United States District Judge

October 11, 2007

cc:  Samantha C. Halem, Esquire
     Lauren S. Irwin, Esquire
     Mary L. Marshall, Esquire